(Reap. Dec. 9798)

PLYWOOD & DOOR MANUFACTURERS CORPORATION ET AL. *v.*
UNITED STATES

Entry Nos. 20565, etc.

(Decided October 6, 1960)

*James Wilson Young* for the plaintiffs.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: Counsel for the parties have submitted the appeals for reappraisement enumerated in schedule "A," attached hereto, upon a stipulation, on the basis of which I find that, except for the items of merchandise set forth in schedule "B," also attached hereto, the proper basis for the determination of the value of the merchandise involved in the said appeals for reappraisement is export value, as defined in section 402(d) of the Tariff Act of 1930 and that such value, in each instance, is the invoice unit value, less ocean freight and insurance, with no allowance for discounts appearing on the invoices.

Appeal for reappraisement No. R58/23072, having been abandoned as to the merchandise specified in schedule "B," it is, to that extent, dismissed.

Judgment will issue accordingly.

SCHEDULE B

Boston entries, reappraisement Nos. R58/23064, etc.

| Reappraisement No. | Collector's No. | Entry No. | Date of export |
|---|---|---|---|
| R58/23072 | 4666 | 6748 | 9–19–57 |

Shipper: Ahlstrom, Oy. birch plywood as follows:

BBJ/WG grade, ¼" thick, 24¼" x 17¼", Appraised at invoice unit value, less ocean freight, insurance, and loading charges.